```
 1
 2
 3
 4
 5
 6
 7
 8                       IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CHRISTOPHER W. CARDWELL,
11           Plaintiff,                  No. CIV S-08-1006 JAM GGH P
12       vs.
13   A. KETTELHAKE, et al.,
14           Defendants.
15   _____/           ORDER
```

16  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17  42 U.S.C. § 1983.  Pending before the court is the amended complaint filed July 31, 2008.

18  The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

19  § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

20  plaintiff has a reasonable opportunity to prevail on the merits of this action.

21  In accordance with the above, IT IS HEREBY ORDERED that:

22  1. Service is appropriate for the following defendants: Kettelhake, Laugler,

23  James, Camacho, Untermeiner, Miller, Colletti, Redblum.

24  2. The Clerk of the Court shall send plaintiff 8USM-285 forms, one summons, an

25  instruction sheet and a copy of the amended complaint filed July 31, 2008.

26  3. Within thirty days from the date of this order, plaintiff shall complete the

1  attached Notice of Submission of Documents and submit the following documents to the court:

2      a. The completed Notice of Submission of Documents;

3      b. One completed summons;

4      c. One completed USM-285 form for each defendant listed in number 3

5      above; and

6      d. Nine copies of the endorsed amended complaint filed July 31, 2008.

7      4. Plaintiff need not attempt service on defendants and need not request waiver of

8  service.  Upon receipt of the above-described documents, the court will direct the United States

9  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

10 without payment of costs.

11 DATED: 09/10/08

                                               /s/ Gregory G. Hollows

                                               UNITED STATES MAGISTRATE JUDGE

16 card1006.1

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CHRISTOPHER W. CARDWELL,
11           Plaintiff,                        No. CIV S-08-1006 JAM GGH P
12       vs.
13   A. KETTELHAKE, et al.,                    NOTICE OF SUBMISSION
14           Defendants.                       OF DOCUMENTS
15   _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18           _____       completed summons form
19           _____       completed USM-285 forms
20           _____       copies of the _____
                                        Complaint/Amended Complaint
21   DATED:
22
23                                              _____
                                                Plaintiff
24
25
26
```