UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER W. CARDWELL,

      Plaintiff,

  v.

A. KETTELHAKE, et al.

      Defendants.

CASE NO. 2:08-cv-01006-JLR

ORDER

     Plaintiff Christopher W. Cardwell is a state prisoner proceeding *pro se* and *in forma pauperis*. Mr. Cardwell asserts claims pursuant to 42 U.S.C. § 1983 for deliberate indifference to his medical needs. (Am. Compl. (Dkt. # 8).) This matter comes before the court upon Mr. Cardwell's motion to compel discovery (Dkt. # 39).

     Mr. Cardwell contends that Defendants Judi Camacho, R.N., and G.W. James, M.D., have failed to respond to his Requests for Admissions, Set One. (Mot. (Dkt. # 39) at 1.) Mr. Cardwell states that he submitted the requests for admissions to Ms. Camacho and Dr. James on August 11, 2009, but had not yet received responses as of September

ORDER - 1

15, 2009, the date he signed his motion. (*Id.* at 1-2). Mr. Cardwell also seeks an award of $500.00 in "reasonable expenses" on the ground that Defendants' refusal to respond to his requests for admissions was without substantial justification. (*Id.* at 2.)

Preliminarily, Defendants argue that the court should not consider Mr. Cardwell's motion because Mr. Cardwell failed to meet and confer before filing his motion as required by Local Rule E.D. Cal. 37-251(b).[1] (Resp. (Dkt. # 40) at 1-2.) According to the court's scheduling order, however, Local Rule E.D. Cal. 37-251 does not apply in this case. (*See* Scheduling Order (Dkt. # 34) ¶ 5.) Mr. Cardwell is not, therefore, required to meet and confer before filing a motion to compel discovery.

According to the parties' submissions, Ms. Camacho and Dr. James have already responded to the requests for admissions at issue in Mr. Cardwell's motion to compel. (*See* Resp. at 3; Reply (Dkt. # 42) at 1 (stating that Defendants served responses to his Requests for Admissions, Set One, on September 21, 2009); Reply, Ex. 1 (Declaration of Christopher W. Cardwell) ¶ 4 (same).) Nevertheless, Mr. Cardwell asks the court to grant his motion on the alternative ground that Ms. Camacho and Dr. James failed to timely respond to his Requests for Admissions, Set One. (Reply at 2.) According to the court's scheduling order, "[r]esponses to written discovery requests shall be due forty-five (45) days after the request is first served." (Scheduling Order ¶ 2.) Because Ms.

---

[1] Local Rule E.D. Cal. 37-251(b) provides, in relevant part, that "a motion pursuant to [Fed. R. Civ. P. 37] . . . shall not be heard unless (1) the parties have conferred and attempted to resolve their differences, and (2) the parties have set forth their differences and the bases therefore in a joint statement re discovery disagreement."

ORDER - 2

Camacho and Dr. James responded to Mr. Cardwell's discovery requests within 45 days of service, their responses were timely and in compliance with the court's scheduling order. The court therefore denies Mr. Cardwell's motion to compel as moot and denies Mr. Cardwell's request for expenses.[2] The court reminds the parties to review the court's scheduling order before they file documents, as the scheduling order modifies the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California as applied to this case.

For the foregoing reasons, the court DENIES Mr. Cardwell's motion to compel discovery (Dkt. # 39) as moot. The court DIRECTS the clerk to mail a copy of the court's scheduling order (Dkt. # 34) to Mr. Cardwell.

Dated this 26th day of November, 2009.

*[signature]*

JAMES L. ROBART
United States District Judge

---

[2] In his reply, Mr. Cardwell contends for the first time that Defendants sent him the wrong documents in response to his Request for Production of Documents, Set Two, served on August 17, 2009. (*See* Reply at 2.) Because this contention relates to a different discovery request than the one at issue in Mr. Cardwell's motion, the court does not consider it in this order.

ORDER - 3