UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER W. CARDWELL,<br><br>        Plaintiff,<br><br>        v.<br><br>A. KETTELHAKE, et al.,<br><br>        Defendants. | CASE NO. 2:08-CV-01006-JLR<br><br>ORDER REGARDING<br>PRE-TRIAL DISPOSITIVE<br>MOTIONS |

    This matter comes before the court on Plaintiff Christopher W. Cardwell's motions (1) to extend the deadline for filing motions in limine (Dkt. # 53), (2) to postpone consideration of Defendants' motion for summary judgment (Dkt. # 57), and (3) to file pre-trial dispositive motions (Dkt. # 55).

    First, as the court has not yet set a deadline for filing motions in limine, a motion to extend this deadline is premature. (*See* Scheduling Order (Dkt. # 34).) The court therefore STRIKES Mr. Cardwell's motion to extend the deadline for filing motions in limine (Dkt. # 53).

ORDER- 1

1  Second, the court construes Mr. Cardwell's motion to postpone consideration of
2 Defendants' motion for summary judgment (Dkt. # 57) as a motion for an extension of
3 time to file a response to Defendants' motion. Mr. Cardwell asks that the deadline for
4 filing his response to Defendants' motion for summary judgment be extended until July
5 2, 2010, because he did not receive Defendants' motion for nearly two weeks after the
6 motion was filed. Defendants filed a notice of non-opposition to Mr. Cardwell's motion
7 for an extension. (Dkt. # 59.) Mr. Cardwell did in fact file his response to Defendants'
8 motion on July 2, 2010. (Dkt. # 63.) Accordingly, finding good cause to modify the
9 scheduling order, the court GRANTS Mr. Cardwell's motion to postpone consideration
10 of Defendants' motion for summary judgment (Dkt. # 57).

11  Third, Mr. Cardwell asks that the deadline for filing pre-trial dispositive motions
12 be extended because he lacked access to his legal materials and case files while he was
13 housed in administrative segregation. (Dkt. # 55 at 1-2.) Defendants filed a notice of
14 non-opposition to Mr. Cardwell's motion for an extension. (Dkt. # 54.) Accordingly,
15 finding good cause to modify the scheduling order, the court GRANTS Mr. Cardwell's
16 motion for an extension of time to file pre-trial dispositive motions (Dkt. # 55). Mr.
17 Cardwell shall file his pre-trial dispositive motion, if any, with respect to Defendants
18 Glenn W. James, Alan Kettelhake, Mary C. Miller, and Virginia Unterreiner[1] by no later
19 than October 13, 2010.

---

22  [1] In a separate order, the court grants Mr. Cardwell's motion to amend his complaint to add Nurse T. Reshke as a defendant in this case and to modify his allegations against Defendant

ORDER- 2

1 | Dated this 10th day of September, 2010.

/s/ James L. Robart
JAMES L. ROBART
United States District Judge

---

Judi Camacho.  The court will set a separate discovery and motions schedule for these defendants after Nurse Reshke answers Mr. Cardwell's second amended complaint (Dkt. # 45).

ORDER- 3