UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER W. CARDWELL,<br><br>Plaintiff,<br><br>v.<br><br>A. KETTELHAKE, et al.,<br><br>Defendants. | CASE NO. 2:08-CV-01006-JLR<br><br>ORDER GRANTING<br>EXTENSION OF TIME |

This matter comes before the court on Defendants Thomas Reshke, Judie Damm (formerly Camacho), Virginia Unterreiner, and Mary Miller's (collectively, "Defendants") motion for a 30-day extension of time to file a reply to Plaintiff Christopher W. Cardwell's opposition to Defendants' motion for summary judgment.

//

//

//

//

ORDER- 1

1  (Mot. (Dkt. # 82).) The court GRANTS Defendants' motion. Defendants shall file their

2  reply brief no later than October 5, 2012.

3        Dated this 21st day of September, 2012.

                                                JAMES L. ROBART
                                                United States District Judge

ORDER- 2